✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN                    **District of**                    GEORGIA

GINO PHARMS

Plaintiff (s),

V.

NATIONAL CREDIT SYSTEMS, INC.,

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   6:19-cv-00060-JRH-CLR

Notice is hereby given that, subject to approval by the court,   Plaintiff Gino Pharms   substitutes
(Party (s) Name)

Daniel M. Brennan   , State Bar No.   271142   as counsel of record in
(Name of New Attorney)

place of   Scot Groghan and Matthew Landreau   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Credit Repair Lawyers of America

Address:   22142 West Nine Mile Road Southfield, MI 48033

Telephone:   (404) 591-6680          Facsimile

E-Mail (Optional):   daniel@crlam.com

I consent to the above substitution.

Date:   Apr 09 2021

*Gino Pharms*
(Signature of Party (s))

I consent to being substituted.

Date:   Apr 09 2021

*Scot W. Groghan*
*Matthew Landreau*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   Apr 08 2021

*Daniel M. Brennan*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print          Save As...          Export as FDF          Retrieve FDF File          Reset