# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| GINO PHARMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV619-060 |
| | ) | |
| NATIONAL CREDIT SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Gino Pharms has filed a "notice" of substitution of counsel. *See* doc. 17. Although submitted on a form provided by the Administrative Office of the United States Courts, the "notice" does not comply with this Court's Local Rules. *See* S.D. Ga. L. Civ. R. 83.7. Notwithstanding Mr. Pharms' consent, the motion must be **DENIED**. Doc. 17. Mr. Grogan and Mr. Landreau[1] remain counsel of record in this case. If they wish to be removed as counsel of record, they are free to

---

[1] The Court notes that Mr. Landreau should be aware of his obligation to comply with Local Rule 83.7, as the undersigned recently denied a "notice" submitted on the same form in another case. *See Clark v. Equifax Information Services, LLC*, CV420-150, doc. 11 (S.D. Ga. Apr. 13, 2021). However, it appears that Mr. Landreau signed this "notice" several days before that Order was entered. *See* doc. 17 at 1 (signed by Matthew Landreau on April 9, 2021). The Court hopes that any further motions to withdraw he files will comply with the Local Rules.

make such a request subject to compliance with all of the requirements of Rule 83.7.

**SO ORDERED,** this 19th day of April, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA